

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2015

No. 04-14-00735-CV

Brian C. **SIMCOE**,
Appellant

v.

Thomas **CHRISTOPHER** and Catrina Christopher,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15519
Honorable Barbara Hanson Nellermoe, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to April 6, 2015.

ATTESTED TO: _____

KEITH E. HOTTLE
CLERK OF COURT

**PER CURIAM**

cc:  Sarah Lishman
Jamie Graham & Associates, PLLC
Tower Life Building
3110 S. St. Mary's, Suite 845
San Antonio, TX 78205

Jamie L. Graham
Jamie Graham & Associates, PLLC
Tower Life Building
310 S. St. Mary's St., Suite 845
San Antonio, TX 78205

James Rodriguez
Law Office of James A. Rodriguez
540 S Saint Marys St
San Antonio, TX 78205-3418